## RECONSIDERATION OF PRIOR DECISIONS

**2002–0610. Geren v. Westfield Ins. Co.**
Lucas App. No. L–01–1398, 2002-Ohio-1230. Reported at 100 Ohio St.3d 322, 2003-Ohio-6421, 799 N.E.2d 634. On motion for reconsideration. Motion denied.

F.E. SWEENEY and PFEIFER, JJ., dissent.

DONALD R. FORD, J., of the Eleventh Appellate District, sitting for RESNICK, J.

J. HOWARD SUNDERMANN, J., of the First Appellate District, sitting for COOK, J.

**2002–1981. In re Estate of Worstell.**
Montgomery App. No. 19133, 2002-Ohio-5385. Reported at 100 Ohio St.3d 1258, 2003-Ohio-6387, 799 N.E.2d 636. On motion for reconsideration. Motion denied.

RESNICK and F.E. SWEENEY, JJ., dissent.

**2002–2141. Watkins v. MetroHealth Sys.**
Cuyahoga App. No. 80567, 2002-Ohio-5961. Reported at 100 Ohio St.3d 1259, 2003-Ohio-6445, 799 N.E.2d 636. On motion for reconsideration. Motion denied.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0045. State v. Campbell.**
Hamilton App. No. C–010727, 150 Ohio App.3d 90, 2002-Ohio-6064, 779 N.E.2d 811. Reported at 100 Ohio St.3d 361, 2003-Ohio-6804, 800 N.E.2d 356. On motion for reconsideration. Motion denied.

**2003–0302 and 2003–0362. Taylor v. Kemper Ins. Co.**
Cuyahoga App. No. 81360, 2003-Ohio-177. Reported at 100 Ohio St.3d 342, 2003-Ohio-6516, 800 N.E.2d 1. On motion for reconsideration. Motion denied.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

MARY DeGENARO, J., of the Seventh Appellate District, sitting for O'DONNELL, J.